# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Stacey A. Martens**  
Debtor(s)

Case No. **1:21-bk-01910**  
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-8727**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Stacey A. Martens**

Street: **132 South Landis Street**

City, State and Zip: **Hummelstown, PA 17036**

Telephone #:

**Please be advised that effective May 14, 2024,
my (our) new mailing address and telephone number is:**

Name: **Stacey A. Martens**

Street: **156 Blue Mt. View Drive**

City, State and Zip: **Fredericksburg, PA 17026**

Telephone #:

**/s/ Stacey A. Martens**  
**Stacey A. Martens**  
Debtor