dotloop signature verification: dtlp.us/201Z-ZSNh-j4N6

# SELLER'S ESTIMATED COSTS

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of REALTORS® (PAR).

SEC

| # | Field | Value | | Amount |
|---|-------|-------|---|--------|
| 1 | PROPERTY | 132 South Landis Street, Hummelstown, PA 17036 | | |
| 2 | SELLER | Robert Martens and Stacey Rautzhan Martens | | |
| 3 | BUYER | Robert B Fink | | |
| 4 | SETTLEMENT DATE | 08/21/2024 | PURCHASE PRICE $ | 294000 |

| | | | |
|---|---|---|---|
| 1. Broker's Fee 5% | $ | 14,700. |
| 2. Preparation of Deed | $ | 175. |
| 3. Transfer Tax 1% | $ | 2940. |
| 4. Seller's Assist/Credit to Buyer | $ | |
| 5. Home Warranty | $ | |
| 6. Municipal Certification(s) | $ | |
| 7. Certificate of Resale (Condominium/Homeowner's Association) | $ | |
| 8. Settlement Fee | $ | 125. |
| 9. Notary Fees | $ | 25. |
| 10. Survey | $ | |
| 11. On-lot Sewage System Pumping | $ | |
| 12. Property Repairs | $ | |
| 13. Tax Certifications | $ | 75. |
| 14. Overnight/Express Mail Charges | $ | |
| 15. Domestic Lien Search | $ | |
| 16. "Patriot Act" Search | $ | |
| 17. Other    Transaction fee | $ | 595. |
| 18. Other    Mooney Law | $ | 1000. |
| **ESTIMATED COSTS (subtotal)** | $ | 19635 |

Adjustments (+/-) (e.g., real estate taxes, association fees, utilities) +140.63   $

**TOTAL ESTIMATED COSTS/ADJUSTMENTS**   $   19635

Purchase Price   $   294000

Total Estimated Costs/Adjustments (from above)   $   19635

**ESTIMATED PROCEEDS (before loan payoffs)**   $   274365

Seller's Estimate of Mortgages, Equity, and Other Loan Balances
(including prepayment penalties), liens, assessments, etc.   $   168,962.39

**ESTIMATED NET PROCEEDS TO SELLER**   $   105402.61

The estimated proceeds do not take into account any other undisclosed mortgage obligations, liens, assessments, judgments or other obligations levied against the Property or Seller.

Seller understands that the estimated costs stated above are based on the best information available at signing and may be higher or lower at settlement.

Seller understands and has received a copy of these estimated closing costs before signing the Agreement of Sale.

SELLER  *Robert Martens*  dotloop verified 06/11/24 7:38 PM EDT LQB0-FQGG-IAIJ-CMFV   DATE _____
SELLER  *Stacey Rautzhan Martens*  dotloop verified 06/11/24 7:37 PM EDT 7AAH-QVJB-W0SY-LHYL   DATE _____
SELLER _____   DATE _____

BROKER (Company Name) _____
PROVIDED BY (Licensee)  *Colleen Nicholson*  dotloop verified 06/11/24 7:39 PM EDT KRAL-FFAL-GU7W-2FOV   DATE _____