In re **Stacey A. Martens**     Case No. **1:21-bk-01910**
Debtor(s)     Chapter **13**

# Notice of Change of Address

Debtor's Social Security Number:     **xxx-xx-8727**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:     **Stacey A. Martens**

Street:     **156 Blue Mt. View Drive**

City, State and Zip:     **Fredericksburg, PA 17026**

Telephone #:

**Please be advised that effective July 15, 2024,
my (our) new mailing address and telephone number is:**

Name:     **Stacey A. Martens**

Street:     **54 East Broad Street, 1st Floor**

City, State and Zip:     **Palmyra, PA 17078**

Telephone #:

                          **/s/ Stacey A. Martens**
                          **Stacey A. Martens**
                          Debtor