United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                     Case No. 21-01910-HWV

Stacey A. Martens                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                            Page 1 of 2
Date Rcvd: Oct 15, 2024                        Form ID: 3180W                                        Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacey A. Martens, 54 East Broad Street 1st Floor, Palmyra, PA 17078-1301 |
| 5433275 | + | Debtsy, 4 East 27th Street, PO Box 20099, New York, NY 10001-0005 |
| 5433277 | + | Michael F. Ratchford, Esq., RATCHFORD LAW GROUP, P.C., 54 Glenmaura National Blvd. Ste 104, Moosic, PA 18507-2161 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 15 2024 23:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5433273 | + | EDI: CAPITALONE.COM | Oct 15 2024 23:12:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5434638 | | EDI: AIS.COM | Oct 15 2024 23:12:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, PO Box 4457, Houston, TX 77210-4457 |
| 5433274 | | EDI: JPMORGANCHASE | Oct 15 2024 23:12:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 5433276 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 15 2024 19:09:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 5433278 | + | EDI: AGFINANCE.COM | Oct 15 2024 23:12:00 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5444255 | | EDI: PRA.COM | Oct 15 2024 23:12:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5433281 | | Email/Text: signed.order@pfwattorneys.com | Oct 15 2024 19:08:00 | Pressler, Felt & Warshaw, Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5433279 | + | EDI: SYNC | Oct 15 2024 23:12:00 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 5433280 | + | Email/PDF: ebnotices@pnmac.com | Oct 15 2024 19:22:19 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5444720 | + | Email/PDF: ebnotices@pnmac.com | Oct 15 2024 19:22:11 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5438994 | | EDI: Q3G.COM | Oct 15 2024 23:12:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5436903 | | EDI: Q3G.COM | Oct 15 2024 23:12:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5433825 | ^ | MEBN | Oct 15 2024 19:08:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | | | |
|---|---|---|---|---|
| 5433283 | + EDI: SYNC | | 23541-1021 | |
| | | Oct 15 2024 23:12:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5433282 | | Synchrony Bank c/o Patenaude & Feli, 501 Corporate Drive, Southpointe, Center, Suite |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PennyMac Loan Services LLC. nj-ecfmail@mwc-law.com |
| Brent J Lemon | on behalf of Creditor PennyMac Loan Services LLC. blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PennyMac Loan Services LLC. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Nicholas G. Platt | on behalf of Debtor 1 Stacey A. Martens ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Stacey A. Martens<br>First Name  Middle Name  Last Name | | Social Security number or ITIN   xxx–xx–8727<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   1:21-bk-01910-HWV | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Stacey A. Martens
fka Stacey Rautzhan, fka Stacey Haak

10/15/24

**By the court:** _/s/ Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**